**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**UBER HERNANDEZ-TORRES,**

     **Petitioner,**

**vs.**                     **Case No. 4:16cv177-RH/CAS**

**JULIE JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,**

     **Respondents.**

_____/


## <u>REPORT AND RECOMMENDATION</u>

On March 21, 2016, the pro se Petitioner initiated this case by filing a motion seeking in forma pauperis status, ECF No. 2, and a § 2241 petition for writ of habeas corpus, ECF No. 1.  Petitioner's inmate trust fund statement reveals that Petitioner has adequate funds with which to pay the $5.00 filing fee for a habeas case.  ECF No. 2.  The balance on his account was $325.55 at the time of case initiation and Petitioner regularly receives deposits in his account.  Therefore, it is recommended that Petitioner's motion for leave to proceed in forma pauperis, ECF No. 2, be denied and

Petitioner be provided 30 days in which to submit the filing fee to proceed

with this case.

## RECOMMENDATION

In light of the foregoing, it is respectfully **RECOMMENDED** that

Petitioner Uber Hernandez-Torres' motion for leave to proceed in forma

pauperis, ECF No. 2, be **DENIED**, that Petitioner be given thirty days in

which to pay the $5.00 filing fee for this habeas petition, and the case be

**REMANDED** to the undersigned for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on May 2, 2016.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**



## <u>NOTICE TO THE PARTIES</u>

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**