IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UBER HERNANDEZ-TORRES,

    Petitioner,

v.                                    CASE NO. 4:16cv177-RH/CAS

JULIE JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____/

## ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion for leave to proceed in forma pauperis, ECF No. 2, is DENIED. The petitioner must pay the $5.00 filing fee by July 5, 2016. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on June 11, 2016.

                                            s/Robert L. Hinkle
                                            United States District Judge