# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

UBER HERNANDEZ-TORRES,

       Petitioner,

v.                                                       CASE NO.  4:16cv177-RH/CAS

JULIE JONES, Secretary
Florida Department of Corrections,

       Respondent.

_____/


## <u>ORDER OF DISMISSAL</u>


    This case is before the court on the magistrate judge's report and

recommendation ECF No. 12. No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's

opinion. The clerk must enter judgment stating, "This case is DISMISSED without

prejudice." The clerk must close the file.

    SO ORDERED on November 17, 2016.

                        s/Robert L. Hinkle_____
                        United States District Judge